**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7855**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

SHAUN AUTALEON POSTON, a/k/a Shawn Autaleon Poston,

              Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville. Richard L. Voorhees, District Judge. (5:99-cr-00012-RLV-8)

Submitted:  February 21, 2013     Decided:  February 26, 2013

Before AGEE and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Shaun Autaleon Poston, Appellant Pro Se.  William A. Brafford, Assistant United States Attorney, Adam Christopher Morris, Craig Darren Randall, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina; Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shaun Autaleon Poston appeals the district court's order denying his "Request for Hearing and/or Summary Judgment" and his "Motion to Recall Mandate in the Interest of Justice." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Poston, No. 5:99-cr-00012-RLV-8 (W.D.N.C. Oct. 15, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2